Argued and submitted March 7, petition for review dismissed as improvidently allowed March 14, 1989

STATE OF OREGON,
*Respondent on Review,*

*v.*

JAMES RUSSELL SNYDER,
*Petitioner on Review.*

(TC 86-1698; CA A43868; SC S35126)

770 P2d 57

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause and filed the petition for petitioner on review. With her on the petition was Gary D. Babcock, Public Defender, Salem.

Timothy A. Sylwester, Deputy Attorney General, Salem, argued the cause and filed the response on behalf of the respondent on review. With him on the response were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

Petition for review dismissed as improvidently allowed.